1

2

3

4                          UNITED STATES DISTRICT COURT

5                              DISTRICT OF NEVADA

6                                    * * *

7   MACK JOSEPH MILLER, II,                    Case No. 2:17-cv-02052-APG-PAL

8                           Plaintiff,                        ORDER

9           v.                                        (Mot WD Atty – ECF No. 12)

10  WAL-MART STORES, INC.,

11                          Defendant.

12          This matter is before the court on Paul S. Padda, Michael C. Lafia, and Joshua Y. Ang's

13  Motion to Withdraw as Counsel of Record for Plaintiff Mack Joseph Miller, II (ECF No. 12). The

14  court has reviewed the motion and Defendant Wal-Mart Stores, Inc. d/b/a Sam's Club's Notice of

15  Non-Opposition (ECF No. 13). The motion represents that counsel and plaintiff Miller have a

16  difference in opinion regarding the prosecution of this case that makes counsels' involvement

17  impractical. Messrs. Padda, Lafia, and Ang therefore seek to withdraw as counsel of record.

18          Having reviewed and considered the matter, and for good cause shown,

19          **IT IS ORDERED** that:

20          1. Messrs. Padda, Lafia and Ang's Motion to Withdraw as Counsel of Record for Plaintiff

21             Mack Joseph Miller, II (ECF No. 12) is **GRANTED**.

22          2. Plaintiff shall have until **September 29, 2017**, in which to retain substitute counsel who

23             shall make an appearance in accordance with the requirements of the Local Rules of

24             Practice, or shall file a notice with the court that he will be appearing in this matter *pro*

25             *se*.

26          3. Plaintiff's failure to timely comply with this order by either obtaining substitute

27             counsel, or filing a notice that he will be appearing in this matter *pro se* may result in

28             the imposition of sanctions, which may include a recommendation to the District Judge

                                               1

that plaintiff's complaint be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at his last known addresses:

Mack Joseph Miller II
6655 W. Sahara Ave., Ste. B200
Las Vegas, NV 89146

Mack Joseph Miller II
c/o M&A Legal Management
410 S. Rampart Blvd., Ste. 390
Las Vegas, NV 89145

(702) 834-9801
illsue4u@hotmail.com

DATED this 29th day of August, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE