# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MACK JOSEPH MILLER, II, individually, | Case No. 2:17-cv-02052-APG-PAL |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | (ECF No. 15) |
| WAL-MART STORES, INC., et al., | |
| Defendant. | |

On October 6, 2017, defendant Wal-Mart filed a motion to dismiss this case due to the plaintiff's failure to prosecute his claims. ECF No. 15. The plaintiff has not responded to the motion and the time to do so has expired. Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." In addition, the motion is supported by good cause. I therefore grant the motion.

IT IS HEREBY ORDERED that Wal-Mart's motion to dismiss **(ECF No. 15) is GRANTED** and this lawsuit is DISMISSED without prejudice. The clerk of court shall enter judgment accordingly.

Dated: November 10, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE